Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted April 13, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted May 11, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of BEVERLY WESTON, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 27, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.